NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FIDELITY INFORMATION SERVICES, LLC,**
*Appellant*

**v.**

**GROOVE DIGITAL, INC.,**
*Cross-Appellant*

---

2020-1977, 2020-1978, 2020-2015, 2020-2016

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00050, IPR2019-00193.

---

## JUDGMENT

---

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by ERIKA ARNER, DANIEL G. CHUNG, DANIEL FRANCIS KLODOWSKI; JEFFREY A. BERKOWITZ, Reston, VA; KEVIN D. RODKEY, Atlanta, GA.

MARK LEE HOGGE, Dentons US LLP, Washington, DC, argued for cross-appellant. Also represented by KEVIN R. GREENLEAF, RAJESH CHARLES NORONHA; JOEL BOCK, Short Hills, NJ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 16, 2021</u>
Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court